UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALEMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CDCR,<br><br>　　　　Respondent. | Case No.: 1:14-cv-00728-JLT<br><br>ORDER DENYING PETITIONER'S MOTION FOR ORDER (Doc. 17)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME (Doc. 16) |

　　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　The instant petition was filed on May 15, 2014. (Doc. 1). On May 23, 2014, the Court ordered Respondent to file a response to the petition. (Doc. 5). Respondent filed his Answer on August 27, 2014. (Doc. 13). On October 1, 2014, Petitioner filed a motion for extension of time to file his Traverse. (Doc. 15). On October 7, 2014, Petitioner filed a second request for extension of time to file the Traverse, despite the fact that the previous motion had not yet been ruled upon. (Doc. 16). On the same date, Petitioner filed a motion for issuance of an order directing Respondent to facilitate communication between Petitioner and his "jailhouse lawyer." (Doc. 17).

　　　　Because the second motion for extension of time was redundant, the Court will disregard it. Because the Court's habeas jurisdiction does not extend to issues relating to the conditions of Petitioner's confinement, e.g., how the prison handles Petitioner's mail or contact between inmates,

the Court will deny Petitioner's motion for issuance of an order directing Respondent to facilitate communication with the jailhouse lawyer.

## **ORDER**

For the foregoing reasons, the Court HEREBY ORDERS as follows:

1. Petitioner's motion for extension of time (Doc. 16), is DISREGARDED; and,
2. Petitioner's motion for order (Doc. 17), is DENIED.

IT IS SO ORDERED.

Dated: **October 16, 2014**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE